**Opinion issued June 24, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00063-CV

———————————

**KAMRAN NEZAMI, Appellant**

**v.**

**WELLS FARGO ADVISORS, LLC F/K/A WACHOVIA SECURITIES, LLC, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-62473**

---

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. No opinion has issued.

Further, although appellants failed to include a certificate of conference in their

motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown